UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALAN C MESSNER | § | Case No. 07-18658 |
| ANDREA M. MESSNER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on           . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

  6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Gregg Szilagyi_____
               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 07-18658 SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|
| Case Name: | ALAN C MESSNER | | Date Filed (f) or Converted (c): | 10/10/07 (f) |
| | ANDREA M. MESSNER | | 341(a) Meeting Date: | 11/15/07 |
| For Period Ending: 04/30/10 | | | Claims Bar Date: | 01/26/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | AVOIDANCE ACTION - JERRY MESSNER 08-00124 | 0.00 | 0.00 | | 30,000.00 | FA |
| 2 | REAL ESTATE 1721 GALLOWAY CIRCLE INVERNESS IL | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 4,500.00 | Unknown | DA | 0.00 | Unknown |
| 4 | WEARING APPAREL | 1,000.00 | Unknown | DA | 0.00 | Unknown |
| 5 | JEWELRY | 800.00 | Unknown | DA | 0.00 | Unknown |
| 6 | CONTINGENT CLAIMS - BCI AIRCRAFT | 640,000.00 | Unknown | DA | 0.00 | Unknown |
| 7 | CONTINGENT CLAIMS - JON COOPER | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| 8 | AUTOMOBILE - 2004 ESCALADE | 18,260.00 | Unknown | DA | 0.00 | Unknown |
| 9 | AVOIDANCE ACTION - SHERRI KNUDSEN (u) | Unknown | 0.00 | | 5,000.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.25 | Unknown |

TOTALS (Excluding Unknown Values)      $2,664,560.00      $0.00      $35,010.25

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): / /

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 07-18658
Case Name: ALAN C MESSNER
ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 04/30/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1805 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/08 | 1 | JERRY MESSNER | 1ST INSTALLMENT OF SETTLEMENT AGMNT | 1141-000 | 10,000.00 | | 10,000.00 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 10,000.31 |
| 01/08/09 | 1 | JERRY MESSNER | SECOND INSTALLMENT OF PREFERENCE SETTLEMENT | 1141-000 | 5,000.00 | | 15,000.31 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.11 | | 15,000.42 |
| 02/18/09 | 1 | JERRY MESSNER | SETTLEMENT PAYMENTS | 1141-000 | 10,000.00 | | 25,000.42 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 25,000.55 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,000.77 |
| 04/28/09 | 1 | JERRY MESSNER | INSTALLMENT PAYMENT FOR SETTLEMENT | 1141-000 | 5,000.00 | | 30,000.77 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.55 | | 30,001.32 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.74 | | 30,002.06 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.75 | | 30,002.81 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,003.57 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,004.33 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.74 | | 30,005.07 |
| 10/08/09 | 9 | SHERRI KNUDSEN | SETTLEMENT OF ADVERSARY | 1141-000 | 5,000.00 | | 35,005.07 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.83 | | 35,005.90 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,006.77 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,007.66 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,008.54 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.81 | | 35,009.35 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,010.25 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 35,010.25 | 0.00 | 35,010.25 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 35,010.25 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 35,010.25 | 0.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Page Subtotals | 35,010.25 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-18658
Case Name: ALAN C MESSNER
            ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 04/30/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1805 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

MONEY MARKET ACCOUNT - XXXXXX1805      35,010.25    0.00    35,010.25

Total Allocation Receipts:      0.00        35,010.25    0.00    35,010.25
Total Net Deposits:      35,010.25
Total Gross Receipts:      35,010.25

(Excludes account transfers)    (Excludes payments to debtors)    Total Funds on Hand

Page Subtotals      0.00      0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-18658
Debtor Name: MESSNER, ALAN C
Claims Bar Date: 01/26/10

Date: April 30, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $4,251.03 | $4,251.03 |
| 100 2200 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | FRANK/GECKER LLP | Administrative | | $0.00 | $23,294.00 | $23,294.00 |
| 100 3220 | FRANK/GECKER LLP | Administrative | | $0.00 | $558.54 | $558.54 |
| 1 300 7100 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $0.00 | $361.31 | $361.31 |
| 2 300 7100 | Nusantara Airlines<br>c/o J. Schroll, ESQ/J. Ferguson, ESQ<br>Bean Kinney & Korman 2300 Wilson 7th FL<br>Arlington, VA 22201 | Unsecured | CLAIM SUPERCEDED | $0.00 | $1,000,000.00 | $0.00 |
| 3 300 7100 | PT PERSERO MERPATI NUSANTARA AIRLINES<br>C/o Daniel J. Nickel Esq.<br>10 S LaSalle Suite 3300<br>Chicago, IL 60603 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 3 300 7100 | PT PERSERO MERPATI NUSANTARA AIRLINES<br>C/o Daniel J. Nickel Esq.<br>10 S LaSalle Suite 3300<br>Chicago, IL 60603 | Unsecured | DUPLICATE | $0.00 | $1,000,000.00 | $0.00 |
| 4 300 7100 | LVNV Funding LLC as Assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $913.91 | $913.91 |
| 5 300 7100 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $1,139.47 | $1,139.47 |
| 6 300 7100 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $687.49 | $687.49 |
| 7 300 7100 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $7,128.73 | $7,128.73 |
| 7 300 7100 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | DUPLICATE | $0.00 | $7,128.73 | $0.00 |
| | Case Totals | | | $0.00 | $3,045,463.21 | $1,038,334.48 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-18658
Case Name: ALAN C MESSNER
      ANDREA M. MESSNER
Trustee Name: Gregg Szilagyi

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Gregg Szilagyi | $_____ | $_____ |
| Attorney for trustee: FRANK/GECKER LLP | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *1* | *ComEd Company* | $_____ | $_____ |
| *3* | *PT PERSERO MERPATI NUSANTARA AIRLINES* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | *LVNV Funding LLC as Assignee of Citibank* | $ | $ |
| 5 | *eCAST Settlement Corporation, assignee of HSBC* | $ | $ |
| 6 | *eCAST Settlement Corporation, assignee of HSBC* | $ | $ |
| 7 | *eCAST Settlement Corporation, assignee of HSBC* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .