UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                      §
                                            §
ALAN C MESSNER                              §     Case No. 07-18658
ANDREA M. MESSNER                           §
                                            §
                                            §
         Debtor(s)                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/02/2010 in Courtroom 642,

United States Courthouse
219 S. DEARBORN ST., CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2010                By: Gregg Szilagyi
                                              Trustee


*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ALAN C MESSNER § Case No. 07-18658
ANDREA M. MESSNER §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 35,010.25 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 35,010.25 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
_____   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: Gregg Szilagyi | $ 4,251.03 | $ 0.00 |
| Attorney for trustee: FRANK/GECKER LLP | $ 23,294.00 | $ 558.54 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,010,230.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | ComEd Company | $ 361.31 | $ 2.47 |
| 3 | PT PERSERO MERPATI NUSANTARA AIRLINES | $ 1,000,000.00 | $ 6,836.73 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | LVNV Funding LLC as Assignee of Citibank | $ 913.91 | $ 6.25 |
| 5 | eCAST Settlement Corporation, assignee of HSBC | $ 1,139.47 | $ 7.79 |
| 6 | eCAST Settlement Corporation, assignee of HSBC | $ 687.49 | $ 4.70 |
| 7 | eCAST Settlement Corporation, assignee of HSBC | $ 7,128.73 | $ 48.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: Gregg Szilagyi

                      Trustee

*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                  Page 1 of 1                   Date Rcvd: Apr 30, 2010
Case: 07-18658                 Form ID: pdf006               Total Noticed: 14

The following entities were noticed by first class mail on May 02, 2010.
db           ++++ALAN C MESSNER,    1716 GALLOWAY CIR,    INVERNESS IL  60010-5704
              (address filed with court: Alan C Messner,    1721 Galloway Circle,    Inverness, IL  60010)
jdb          ++++ANDREA M. MESSNER,    1716 GALLOWAY CIR,    INVERNESS IL  60010-5704
              (address filed with court: Andrea M. Messner,    1721 Galloway Circle,    Inverness, IL  60010)
aty          +Reed A Heiligman,    Frank/Gecker LLP,    325 N LaSalle Street Ste 625,    Chicago, IL 60654-6465
aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
tr           +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
              Chicago, IL 60606-4650
11667280      Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
11667281      HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
11771862     +Nusantara Airlines,    c/o J. Schroll, ESQ/J. Ferguson, ESQ,
              Bean Kinney & Korman 2300 Wilson 7th FL,    Arlington, VA 22201-5424
12202724     +PT PERSERO MERPATI NUSANTARA AIRLINES,    C/O Daniel J. Nickel Esq.,    10 S. LaSalle #3300,
              Chicago, IL 60603-1026
12203139     +PT PERSERO MERPATI NUSANTARA AIRLINES,    C/o Daniel J. Nickel Esq.,    10 S LaSalle Suite 3300,
              Chicago, IL 60603-1026
14948368      eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
14959249      eCAST Settlement Corporation, assignee,    of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,
              Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Apr 30, 2010.
11744867     +E-mail/Text: legalcollections@comed.com                             ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
14685046      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14948369*     eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 02, 2010**          **Signature:**   *Joseph Speetjens*