UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ALAN C MESSNER § Case No. 07-18658
ANDREA M. MESSNER §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/Gregg Szilagyi _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Company | | | | | |
| 4 | LVNV Funding LLC as Assignee of Citibank | | | | | |
| 2 | Nusantara Airlines | | | | | |
| 3 | PT PERSERO MERPATI NUSANTARA AIRLINES | | | | | |
| 3 | PT PERSERO MERPATI NUSANTARA AIRLINES | | | | | |
| 7 | eCAST Settlement Corporation, assignee of HSBC | | | | | |
| 6 | eCAST Settlement Corporation, assignee of HSBC | | | | | |
| 5 | eCAST Settlement Corporation, assignee of HSBC | | | | | |
| 7 | eCAST Settlement Corporation, assignee of HSBC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-18658 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | ALAN C MESSNER | | | | Date Filed (f) or Converted (c): | 10/10/07 (f) |
| | ANDREA M. MESSNER | | | | 341(a) Meeting Date: | 11/15/07 |
| For Period Ending: 11/10/10 | | | | | Claims Bar Date: | 01/26/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | AVOIDANCE ACTION - JERRY MESSNER 08-00124 | 0.00 | 0.00 | | 30,000.00 | FA |
| 2 | REAL ESTATE 1721 GALLOWAY CIRCLE INVERNESS IL | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 4,500.00 | Unknown | DA | 0.00 | Unknown |
| 4 | WEARING APPAREL | 1,000.00 | Unknown | DA | 0.00 | Unknown |
| 5 | JEWELRY | 800.00 | Unknown | DA | 0.00 | Unknown |
| 6 | CONTINGENT CLAIMS - BCI AIRCRAFT | 640,000.00 | Unknown | DA | 0.00 | Unknown |
| 7 | CONTINGENT CLAIMS - JON COOPER | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| 8 | AUTOMOBILE - 2004 ESCALADE | 18,260.00 | Unknown | DA | 0.00 | Unknown |
| 9 | AVOIDANCE ACTION - SHERRI KNUDSEN (u) | Unknown | 0.00 | | 5,000.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.17 | Unknown |

TOTALS (Excluding Unknown Values)   $2,664,560.00   $0.00   $35,012.17

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   12/31/09      Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-18658
Case Name: ALAN C MESSNER
ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1805 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/08 | 1 | JERRY MESSNER | 1ST INSTALLMENT OF SETTLEMENT AGMNT | 1141-000 | 10,000.00 | | 10,000.00 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 10,000.31 |
| 01/08/09 | 1 | JERRY MESSNER | SECOND INSTALLMENT OF PREFERENCE SETTLEMENT | 1141-000 | 5,000.00 | | 15,000.31 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.11 | | 15,000.42 |
| 02/18/09 | 1 | JERRY MESSNER | SETTLEMENT PAYMENTS | 1141-000 | 10,000.00 | | 25,000.42 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 25,000.55 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,000.77 |
| 04/28/09 | 1 | JERRY MESSNER | INSTALLMENT PAYMENT FOR SETTLEMENT | 1141-000 | 5,000.00 | | 30,000.77 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.55 | | 30,001.32 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.74 | | 30,002.06 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.75 | | 30,002.81 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,003.57 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,004.33 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.74 | | 30,005.07 |
| 10/08/09 | 9 | SHERRI KNUDSEN | SETTLEMENT OF ADVERSARY | 1141-000 | 5,000.00 | | 35,005.07 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.83 | | 35,005.90 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,006.77 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,007.66 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,008.54 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.81 | | 35,009.35 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,010.25 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.86 | | 35,011.11 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,012.00 |
| 06/07/10 | INT | Bank of America | Interest | 1270-000 | 0.17 | | 35,012.17 |
| 06/07/10 | | Transfer to Acct#XXXXXX2121 | Transfer of Funds | 9999-000 | | 35,012.17 | 0.00 |
| | | | Page Subtotals | | 35,012.17 | 35,012.17 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 07-18658
Case Name: ALAN C MESSNER
              ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1805 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,012.17 | 35,012.17 |  0.00 |
| Less: Bank Transfers/CD's | 0.00 | 35,012.17 |
| Subtotal | 35,012.17 | 0.00 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 35,012.17 | 0.00 |

Page Subtotals      0.00      0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 07-18658
Case Name: ALAN C MESSNER
ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2121 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/10 | | Transfer from Acct#XXXXXX1805 | Transfer of Funds | 9999-000 | 35,012.17 | | 35,012.17 |
| 06/07/10 | 001001 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 4,251.03 | 30,761.14 |
| 06/07/10 | 001002 | FRANK/GECKER LLP | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 23,294.00 | 7,467.14 |
| 06/07/10 | 001003 | FRANK/GECKER LLP | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 558.54 | 6,908.60 |
| 06/07/10 | 001004 | PT PERSERO MERPATI NUSANTARA AIRLINES<br>C/o Daniel J. Nickel Esq.<br>10 S LaSalle Suite 3300<br>Chicago, IL 60603 | (Final distribution to Claim 3, representing a Payment of 0.68% per court order.) | 7100-000 | | 6,838.63 | 69.97 |
| 06/07/10 | 001005 | LVNV Funding LLC as Assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (Final distribution to Claim 4, representing a Payment of 0.68% per court order.) | 7100-000 | | 6.25 | 63.72 |
| 06/07/10 | 001006 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | (Final distribution to Claim 5, representing a Payment of 0.68% per court order.) | 7100-000 | | 7.79 | 55.93 |
| | | | Page Subtotals | | 35,012.17 | 34,956.24 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 07-18658
Case Name: ALAN C MESSNER
ANDREA M. MESSNER
Taxpayer ID No: XX-XXX8296
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2121 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/10 | 001007 | eCAST Settlement Corporation, assignee of HSBC<br>POB 35480<br>Newark, NJ 07193-5480 | (Final distribution to Claim 7, representing a Payment of 0.68% per court order.) | 7100-000 | | 48.76 | 7.17 |
| 06/07/10 | 001008 | Clerk, U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | | | 7.17 | 0.00 |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution       (4.70) | 7100-000 | | | |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution       (2.47) | 7100-000 | | | |

```
                                          COLUMN TOTALS                      35,012.17        35,012.17          0.00
                                             Less: Bank Transfers/CD's       35,012.17             0.00
                                          Subtotal                                0.00        35,012.17
                                             Less: Payments to Debtors           0.00             0.00
                                          Net                                     0.00        35,012.17

                                                                                              NET              ACCOUNT
                                          TOTAL OF ALL ACCOUNTS          NET DEPOSITS    DISBURSEMENTS         BALANCE
                          MONEY MARKET ACCOUNT - XXXXXX1805                35,012.17             0.00             0.00
                              CHECKING ACCOUNT - XXXXXX2121                     0.00        35,012.17             0.00
                                                                       ------------------ ------------------ ------------------
  Total Allocation Receipts:            0.00                               35,012.17        35,012.17             0.00
  Total Net Deposits:               35,012.17                          ================ ================ ==========
  Total Gross Receipts:             35,012.17                          (Excludes account (Excludes payments   Total Funds on
                                                                          transfers)        to debtors)          Hand
```

Page Subtotals         0.00          55.93

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number   4428952121
01 01 148 06 M0000 E#        0
Last Statement:   08/31/2010
This Statement:   09/30/2010

Customer Service
1-877-757-8233

ESTATE OF
MESSNER, ALAN C, DEBTOR
MESSNER, ANDREA M., DEBTOR
GREGG SZILAGYI - TRUSTEE
07-18658
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page    1 of    2

Bankruptcy Case Number: 0718658

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

Statement Period 09/01/2010 - 09/30/2010
Number of Deposits/Credits           0
Number of Checks                     0
Number of Other Debits               0

Statement Beginning Balance       .00
Amount of Deposits/Credits        .00
Amount of Checks                  .00
Amount of Other Debits            .00
Statement Ending Balance          .00

Number of Enclosures                 0

Service Charge                    .00

### Daily Balances

| Date  | Ledger Balance | Collected Balance | Date  | Ledger Balance | Collected Balance |
|-------|----------------|-------------------|-------|----------------|-------------------|
| 08/31 | .00            | .00               | 09/30 | .00            | .00               |

10/20/10

*111019993*
06/11/2010
9192553236

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*6318288*
*1*
*2680*
*00683*

7490996283 06/10/2010
379010157 5

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1001

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | *******4,251.03 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

GREGG SZILAGYI
One South Wacker Drive
Chicago, Illinois 60606

*Four Thousand Two Hundred Fifty One Dollars And 03/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001001⑈ ⑆111000012⑆ 4428952121⑈

⑈001001⑈ ⑆111000012⑆ ⑈4428952121⑈ ⑉0000425103⑉

*111019993*
06/15/2010
7092846299

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*70099579*
*1*
*67*
*00068*

7100015221 06/14/2010
0000004645664435

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1002

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | ******23,294.00 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

FRANK/GECKER LLP

*Twenty Three Thousand Two Hundred Ninety Four Dollars And 00/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001002⑈ ⑆111000012⑆ 4428952121⑈

⑈001002⑈ ⑆111000012⑆ ⑈4428952121⑈ ⑉0002329400⑉

*111019993*
06/15/2010
7092846300

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*70099579*
*1*
*42*
*01247*

7100015221 06/14/2010
0000004645664436

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1003

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | *********558.54 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

FRANK/GECKER LLP

*Five Hundred Fifty Eight Dollars And 54/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001003⑈ ⑆111000012⑆ 4428952121⑈

⑈001003⑈ ⑆111000012⑆ ⑈4428952121⑈ ⑉0000055854⑉

*111019993*
07/10/2010
9692283786

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

[7100028801] 07/08/2010
0100648542

*53291412*
*1*
*2617*
*01824*

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1004

GREGG SZILAGYI, BANKRUPTCY
TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 3, representing a Payment of 0.68% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | *******6,838.63 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

*Six Thousand Eight Hundred Thirty Eight Dollars And 63/100*

PT PERSERO MERPATI NUSANTARA AIRLINES
C/o Daniel J. Nickel Esq
10 S LaSalle Suite 3300
Chicago, IL 60603

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

001004 111000012 4428952121 0000683863

001004 111000012 4428952121 0000683863

*111019993*
06/16/2010
6192341275

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

[6310751321] 06/15/2010
0000165017128O

*14129160*
*1*
*2277*
*00780*

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1005

GREGG SZILAGYI, BANKRUPTCY
TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 4, representing a Payment of 0.68% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | ***********6.25 |

305573277

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

*Six Dollars And 25/100*

LVNV Funding LLC as Assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

001005 111000012 4428952121

001005 111000012 4428952121 0000000625

*111019993*
06/15/2010
9692400570

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

[7490996281] 06/14/2010
8680076409

*70099579*
*1*
*547*
*03160*

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1006

GREGG SZILAGYI, BANKRUPTCY
TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 5, representing a Payment of 0.68% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | ***********7.79 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

*Seven Dollars And 79/100*

eCAST Settlement Corporation, assignee of HSBC
POB 35480
Newark, NJ 07193-5480

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

001006 111000012 4428952121 0000000779

*111019993*
06/15/2010
9692400569

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*70099579*
*1*
*2534*
*04151*

[749099628] 06/14/2010 8680076408

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 1007

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 7, representing a Payment of 0.68% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | **********48.76 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

*Forty Eight Dollars And 76/100*

eCAST Settlement Corporation, assignee of HSBC
POB 35480
Newark, NJ 07193-5480

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001007⑈ ⑆111000012⑆ 4428952121⑈ ⑈0000004876⑈

⑈1007⑈ ⑆111000012⑆ 4428952121⑈ ⑈0000004876⑈

*111019993*
06/25/2010
6582200628

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*44058583*
*1*
*2590*
*00593*

[111000025] 06/24/2010 6582200628

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 1008

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

| DATE | AMOUNT |
|---|---|
| 6/7/2010 | ***********7.17 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-18658 | Debtor: ALAN C MESSNER<br>Joint Debtor: ANDREA M. MESSNER |

PAY TO THE ORDER OF

*Seven Dollars And 17/100*

Clerk, U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001008⑈ ⑆111000012⑆ 4428952121⑈

⑈001008⑈ ⑆111000012⑆ 4428952121⑈ ⑈0000000717⑈

↑Do not endorse or write below this line↑

US DATE 06/14/10
033 E C 140 GF

>7490996282< 06/14/2010
8680076409

JPMORGANCHASE BK NA CR TO NMD
061410 >074909962< PAYEE ALL
15910488 0035480 RTS RSVD
00855680 113 0000000006909783

↑Do not endorse or write below this line↑

11101282 06/15/2010
0061923411275

US DATE 06/15/10
033 E C 140 GF

>631075132< 06/15/2010
00001650171280

↑Do not endorse or write below this line↑

US DATE 07/09/10
033 E C 140 GF

>71000288 - 07/08
0100648542

HARRIS N.A.
311 W MONROE
CHICAGO, IL

Daniel J. Nickel & Assoc., P.C.
One N. LaSalle, Suite 4400
Chicago, IL 60602
(Phone) (312) 345-1850
(Fax) (312) 345-1851

0096192233786

↓Do not endorse or write below this line↓

PAY ANY FEDERAL RESERVE BANK
OR GENERAL DEPOSITORY
FOR DEPOSIT TO
UNITED STATES TREASURY
SYMBOL 8624

>111000025< 06/24/2010
6582200628

↓Do not endorse or write below this line↓

111012822 06/14/2010
009692400569

JPMORGANCHASE BK NA CR TO NMD
061410 >074909962< PAYEE ALL
15910488 0035480 RTS RSVD
00855680 112 0000000069909783

>749099628< 06/14/2010
8680076408

